DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREG HUOT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2628

[April 15, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432012CF000488A.

Shirley L. Bates of The Law Office of Shirley L. Bates, Tallahassee, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***